RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jackie_Witt@fd.org

Attorney for Jaime Aguirre

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>JAIME AGUIRRE,<br><br>     Defendant. | Case No. 2:23-cr-00182-RFB-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

     IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Jaime Aguirre, that the Revocation Hearing currently scheduled on February 13, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days from the current hearing date.

     This Stipulation is entered into for the following reasons:

     1.    Defense counsel needs additional time to discuss this matter with Mr. Aguirre and fully advise him on this case.

      2.      Additional time is requested to allow defense counsel to conduct investigation and gather mitigating information, including medical records, in preparation for the revocation hearing.

      3.      Defense counsel will be in trial February 26-29, 2024, and will be unavailable on those dates.

      4.      The defendant is in custody and agrees with the need for the continuance.

      5.      The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 12th day of February, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| *By: Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | *By: Jean Ripley*<br>JEAN RIPLEY<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAIME AGUIRRE,<br><br>    Defendant. | Case No. 2:23-cr-00182-RFB-DJA<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 13, 2024 at 8:30 a.m., be vacated and continued **February 27, 2024 at 9:15 a.m.**

   DATED this 12th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE