UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

Plaintiff,

v.

Jaime Aguirre,

Defendant.

Case No. 2:23-cr-00182-RFB-DJA

**Proposed Order**

Good cause appearing, Mr. Aguirre's unopposed motion to dismiss is granted.

IT IS THEREFORE ORDERED that Mr. Aguirre's unopposed motion to dismiss is granted.

IT IS FURTHER ORDERED that all pending petitions and addenda are dismissed.

IT IS FURTHER ORDERED that Mr. Aguirre is hereby terminated from supervision

FINALLY IT IS ORDERED, the revocation hearing set for March 10, 2026 is VACATED

Dated this the 12th day of February, 2026

United States District Judge

3